616 A.2d 522

IN THE MATTER OF DOMINICK GIORDANO,
AN ATTORNEY AT LAW.

December 11, 1992.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that DOMINICK GIORDANO of PASSAIC, who was admitted to the bar of this State in 1959, and who was suspended from the practice of law for a period of three years by this Court on March 15, 1991, retroactive to October 31, 1989, be restored to the practice of law, effective immediately.

616 A.2d 522

IN THE MATTER OF THOMAS L. GOMBAR,
AN ATTORNEY AT LAW.

Decided December 11, 1992.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that THOMAS L. GOMBAR of PRINCETON, who was admitted to the bar of this State in 1983, and who was suspended from the practice of law for a period of one year, retroactive to February 10, 1985, by Order of this Court dated June 6, 1986, be restored to the practice of law, effective immediately.